DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLIFFORD LEE SHELTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3680

[February 22, 2018]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 501989CF011161AXXXMB.

Clifford Lee Shelton, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***